Argued January 20, affirmed, no costs February 8, 1977

In the Matter of the Marriage of
MOSS, *Respondent,*
*and*
MOSS, *Appellant.*
(No. 46918, CA 6754)
559 P2d 941

John Henry Hingson III, Oregon City, argued the cause and filed the brief for appellant.

John A. Boock, Jr., Albany, argued the cause for respondent. With him on the brief was Boock & Boock, Albany.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

JOHNSON, J.

## JOHNSON, J.

Husband appeals the dissolution decree awarding all marital property having an approximate value of $6,800 to the wife except a life insurance policy worth $500 to $600. The parties were married 18 years. The wife is 58 years old, in poor health suffering from arthritis and back ailments and has a monthly income of $100. She is not eligible for social security benefits. The husband is 51, incarcerated in the Oregon State Penitentiary and was recently denied parole. He suffers from a heart condition and by his own admission has less than three years to live. He receives $290 per month in social security benefits.

On de novo review we conclude the property settlement made by the lower court was just and equitable.

Affirmed. No costs.